AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GORDON KIRK ALBERTSON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 426-036

MR. TERRY GLENN, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated July 22, 2026, Albertson's Amended Complaint, as supplemented, is dismissed and this case stands closed.

Approved by: _____

CHRISTOPHER L. RAY
UNITED STATES MAGISTATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

July 23, 2026
_____
Date

John E. Triplett, Clerk of Court
_____
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020